THYRZA B. FOWLER et al., Appellants, *v.* MONTAUK BEACH DEVELOPMENT CORPORATION et al., Defendants, and THOMAS E. RINGWOOD, as Trustee of MONTAUK BEACH DEVELOPMENT CORPORATION, Respondent.

Submitted November 29, 1937; decided December 7, 1937.

MOTION to amend remittitur granted on consent. Return of remittitur requested, and when returned it will be amended so as to provide that the judgment heretofore entered be amended as set forth in the motion papers. (See 271 N. Y. 575.) The amendments set forth in the motion papers related principally to the description of the real property involved in the action.